```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**CUBIST PHARMACEUTICALS, LLC,**

    **Plaintiff,**

**v.**                            **CIVIL ACTION NO. 1:20cv52**
                                                    **(Judge Keeley)**

**MYLAN PHARMACEUTICALS, INC.,**
**MYLAN, INC., MYLAN, N.V., and**
**MYLAN LABORATORIES LIMITED,**

    **Defendants.**

## ORDER OF DISMISSAL

Having been advised that the parties have fully resolved all disputes in this matter, the Court **ORDERS** that this case be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED**.

The Clerk shall transmit copies of this Order to counsel of record.

DATED: November 5, 2021

                                                     /s/ Irene M. Keeley
                                                     IRENE M. KEELEY
                                                     UNITED STATES DISTRICT JUDGE